UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donald Leroy Collins,   Case No. 3:17-cv-2059

        Plaintiff,

v.   ORDER

Commissioner of Social Security,

        Defendant.

Before me is the December 7, 2018 Report and Recommendation of Magistrate Judge James R. Knepp, II. (Doc. No. 15). Judge Knepp recommends I reverse the Commissioner of Social Security's decision denying Plaintiff Donald Leroy Collins' application for disability insurance benefits and remand the case for further administrative proceedings, including proper evaluation of Plaintiff's pace limitations. (Doc. No. 15 at 12-14).

Under federal law, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981). Defendant has filed a notice advising that she will not file objections to Judge Knepp's Report and Recommendation. (Doc. No. 16). Collins has not filed any objections.

Following review of the Magistrate Judge's Report and Recommendation, I adopt the Report and Recommendation, (Doc. No. 15), in its entirety as the Order of the Court, reverse the Commissioner's decision, and remand this case for further proceedings as described above.

So Ordered.

                                              s/ Jeffrey J. Helmick
                                              United States District Judge